McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJJAN SINGH SARWARA,<br><br>          Plaintiff,<br><br>    v.<br><br>L. FRANCIS CISSNA, et al.,<br><br>          Defendants. | Case No.: 1:19-cv-0063 AWI SAB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME** |

Defendants seek an additional 30 days in which to file an answer to the complaint or other dispositive pleading, and plaintiff does not object. Accordingly, the parties stipulate that the defendants' answer will be due on April 18, 2019.

Dated: March 15, 2019                            Respectfully submitted,

                                                        McGREGOR W. SCOTT
                                                        United States Attorney

                                                        s/ Audrey B. Hemesath
                                                        AUDREY B. HEMESATH
                                                        Assistant United States Attorney

                                                        s/ David Michael Sturman
                                                        DAVID MICHAEL STURMAN
                                                        Attorney for the Plaintiff

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: March 18, 2019

_____
SENIOR DISTRICT JUDGE