McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJJAN SINGH SARWARA, | ) |
| | ) Case No.: 1:19-cv-63 AWI SAB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| L. FRANCIS CISSNA, et al., | ) **JOINT STIPULATION AND** |
| | ) **[PROPOSED] ORDER RE: SECOND** |
| Defendants. | ) **EXTENSION OF TIME** |
| | ) |
| | ) |

Defendants seek an additional 30 days in which to file an answer to the complaint or other dispositive pleading, and plaintiff does not object. Accordingly, the parties stipulate that the defendants' answer will be due on May 20, 2019.

//

//

//

//

//

//

1

Dated: April 9, 2019               Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

                                   s/ Audrey B. Hemesath
                                   AUDREY B. HEMESATH
                                   Assistant United States Attorney

                                   s/ David Michael Sturman
                                   DAVID MICHAEL STURMAN
                                   Attorney for the Plaintiff

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated:  April 9, 2019              _____
                                   SENIOR DISTRICT JUDGE