McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJJAN SINGH SARWARA, <br><br> Plaintiff, <br><br> v. <br><br> L. FRANCIS CISSNA, et al., <br><br> Defendants. | Case No.: 1:19-cv-63 AWI SAB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RE: THIRD EXTENSION OF TIME** |

Defendants seek an additional 30 days in which to file an answer to the complaint or other dispositive pleading, and plaintiff does not object. Accordingly, the parties stipulate that the defendants' answer will be due on June 20, 2019.

//

//

//

//

//

//

1

Dated: May 14, 2019                          Respectfully submitted,

                                             McGREGOR W. SCOTT
                                             United States Attorney

                                             s/ Audrey B. Hemesath
                                             AUDREY B. HEMESATH
                                             Assistant United States Attorney

                                             s/ David Michael Sturman
                                             DAVID MICHAEL STURMAN
                                             Attorney for the Plaintiff


[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated:   May 14, 2019                        _____
                                             SENIOR DISTRICT JUDGE