# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJJAN SINGH SARWARA,<br><br>Plaintiff,<br><br>v.<br><br>L. FRANCIS CISSNA,<br><br>Defendant. | Case No. 1:19-cv-00063-AWI-SAB<br><br>ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE ORDERED TO FILE A REQUEST FOR ENTRY OF DEFAULT DUE TO DEFENDANT'S FAILURE TO FILE AN ANSWER<br><br>(ECF No. 14) |

Pursuant to the stipulation of the parties, an order was filed on May 14, 2019 requiring Defendant Cissna to file an answer on June 20, 2019. (ECF No. 14.) Defendant did not file a timely answer to the complaint. When a party against whom affirmative relief is sought fails to plead or otherwise defend an action default should be sought. Fed. R. Civ. P. 55(a).

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Defendant shall show cause in writing why Plaintiff should not be ordered to file a request for entry of default due to Defendant's failure to file an answer in compliance with the May 14, 2019 order.

IT IS SO ORDERED.

Dated: **June 24, 2019**

UNITED STATES MAGISTRATE JUDGE

1