# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJJAN SINGH SARWARA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>L. FRANCIS CISSNA,<br><br>　　　　Defendant. | Case No. 1:19-cv-00063-AWI-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF THE COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF Nos. 15, 16, 17) |

This action was filed on January 11, 2019. (ECF No. 1.) The parties filed several stipulations for an extension of time for Defendant to respond to the complaint which were granted. (ECF Nos. 8, 11, 14.) Pursuant to the most recent stipulation, Defendant's response to the complaint was due on June 20, 2019. (ECF No. 14.) No response to the complaint was filed in compliance with the stipulation.

On June 24, 2019, an order issued requiring Defendant to show cause why Plaintiff should not be required to file a request for entry of default due to the failure to timely respond to the complaint. (ECF No. 15.) On this same date, Defendant filed a response to the order to show cause a stipulation to dismiss this action. (ECF Nos. 16, 17.) Having reviewed Defendant's response, the order to show cause shall be discharged.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause, filed June 24, 2019 is DISCHARGED; and
2. the Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a). <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).

IT IS SO ORDERED.

Dated: **June 25, 2019**

UNITED STATES MAGISTRATE JUDGE